UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 19-2405-DMG (KKx) | Date | May 1, 2020 |
|---|---|---|---|
| Title | *Raul Uriarte-Limon v. Hoon-Yin Ho, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On January 28, 2020, the Court ordered the parties participate in a mediation conference by April 20, 2020.  [Doc. # 30.]  As required by the Court's January 28, 2020 Order, a joint status report re settlement was due seven (7) days after the mediation conference.  To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **May 8, 2020**, why sanctions should not be imposed for failure to comply with the Court's Order.  The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.