| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Raymond Ballister Jr., Esq., SBN 111282<br>Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082<br>Amanda Seabock, Esq., SBN 289900 |
| 4 | <u>8033 Linda Vista Road, Suite 200</u><br><u>San Diego, CA 92111</u> |
| 5 | (858) 375-7385; (888) 422-5191 fax<br>AmandaS@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 | Roger G. Ho #215723<br>WENZEL & ASSOCIATES |
| 8 | 17731 Irvine Blvd, Suite 200<br>Tustin, CA, CA 92780 |
| 9 | 714-564-9400; 714-564-9444<br>Wenzel.law.firm@gmail.com |
| 10 | Attorney for Defendants,<br>Hoon-Yin Ho; Rita F. Ho; Allen Hai-Hsiang Tsai; |
| 11 | and Lily Chang Tsai |
| 12 | John Thomas Coates #207175<br>Attorney at Law |
| 13 | 555 E Pacific Coast Hwy #218<br>Long Beach, CA 90806 |
| 14 | 562-489-1780; 562-489-1785 fax<br>john@adadefenseteam.com |
| 15 | Attorney for Defendant,<br>Rita Sanam |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>     Plaintiff,<br>   v.<br><br>HOON-YIN HO, in individual and representative capacity as trustee of The Ho Family Trust; RITA F. HO, in individual and representative capacity as trustee of The Ho Family Trust; ALLEN HAI-HSIANG TSAI; LILY CHANG TSAI; RITA SANAM; and Does 1-10,<br><br>     Defendants. | Case No.: 5:19-cv-02405-DMG-KK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 29, 2020        CENTER FOR DISABILITY ACCESS

By: /s/Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: June 29, 2020        WENZEL & ASSOCIATES

By: /s/Roger G. Ho
    Roger G. Ho
    Attorney for Defendants
    Hoon-Yin Ho; Rita F. Ho;
    Allen Hai-Hsiang Tsai; and Lily Chang Tsai

Dated: June 29, 2020        ATTORNEY AT LAW

By: /s/John Coates
    John Coates
    Attorney for Defendant
    Rita Sanam

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Roger G. Ho, counsel for Hoon-Yin Ho; Rita F. Ho; Allen Hai-Hsiang Tsai; and Lily Chang Tsai and John Coates, counsel for Rita Sanam, and that I have obtained authorization to affix their electronic signature to this document.

Dated: June 29, 2020                CENTER FOR DISABILITY ACCESS

                                      By: /s/Amanda Lockhart Seabock
                                              Amanda Lockhart Seabock
                                              Attorneys for Plaintiff